IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH WAYNE THOMAS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 97-H-8009-S |
| | ) | CR. NO. 92-H-082-S |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the movant and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the motion to vacate, set aside, or correct a sentence is due to be denied. An appropriate order will be entered.

DONE, this 9th day of December, 1997.

JAMES H. HANCOCK,
SENIOR JUDGE